IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE BARTLETT and <br> ANA M. BARTLETT <br><br>                 Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION; <br> BAYER AG; <br> GLAXOSMITHKLINE, PLC; <br> GLAXOSMITHKLINE; <br> SMITHKLINE BEECHAM <br><br>                 Defendants. | : <br> : <br> :   CIVIL ACTION NO. 02-CV-3258 <br> : <br> : <br> : <br> : <br> :   ENTRY OF APPEARANCE <br> : <br> : <br> : <br> : <br> : <br> : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____         _____
Hope S. Freiwald                               Aline Fairweather


_____         _____
Alison T. Conn                                  Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000